UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

**Case No.** CV 16-1601-MWF (RAOx)  **Date:** June 9, 2017
         CV 16-4794-MWF (RAOx)
         CV 16-6878-MWF (RAOx)

Title:    Michael Nicholson, et al. -v- City of Inglewood, et al.
          T.R.S. -v- City of Inglewood, et al.
          Rosalind Osler, et al. -v- City of Inglewood, et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

          Deputy Clerk:                    Court Reporter:
          Connie Lee                       Not Reported

          Attorneys Present for Plaintiff: Attorneys Present for Defendant:
          None Present                     None Present

**Proceedings (In Chambers):**     ORDER CLOSING ACTIONS

On June 8, 2017, the Court consolidated the following actions:

- CV 16-1601-MWF (RAOx): *Nicholson, et al. v. City of Inglewood, et al.*;
- CV 16-4794-MWF (RAOx): *T.R.S. v. City of Inglewood*;
- CV 16-6878-MWF (RAOx): *Osler, et al. v. City of Inglewood, et al.*

The parties were directed to make all filings in Case No. CV 16-1601-MWF (RAOx) *only*, as the lead action. Accordingly, the Clerk is **ORDERED** to close the following two actions:

- CV 16-4794-MWF (RAOx): *T.R.S. v. City of Inglewood*;
- CV 16-6878-MWF (RAOx): *Osler, et al. v. City of Inglewood, et al.*

IT IS SO ORDERED.